IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHAN LEE MUSSMANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR VARIANCE**

COMES NOW the United States and respectfully submits its Response to Defendant's Sentencing Memorandum and Motion for Variance. It appears that there are no longer any contested guideline issues. The defendant has requested a variance to a probationary sentence and is contesting three special conditions of supervision. (D. Sent. Memo. and Br.).

This Court should deny defendant's request for a downward variance to a probationary sentence. While defendant's possession of firearms may not be as dangerous as others who commit the same offense, it is still a serious offense that requires just punishment. Congress determined that a certain class of people were prohibited from possessing firearm and put into place a regulatory scheme intended to help assure that this class of people were not able to buy guns. As part of this regulatory scheme, people are required to verify that they are not felons. Defendant

1

twice attempted to circumvent this requirement and lied about his status as a felon. (PSR ¶¶ 4, 6). In spite of the prohibition, defendant was able to acquire firearms, and was in possession, at some point, of 2 rifles, 7 shotguns, and a loaded handgun. This is a serious offense that requires a more significant sanction than probation.

Defendant also objects to the special conditions of probation in paragraphs 77-79 of the PSR. The United States believes these conditions of probation based on the concerns as detailed by probation are appropriate, and requests that this Court impose the proposed conditions.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: *s/ John Lammers*

JACK LAMMERS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 - fax
Jack.Lammers@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/Michelle Miller*