# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NATHAN LEE MUSSMANN, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 21-cr-03031-LTS-KEM-1<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Allison Linafelter<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: SSemmlerReporting@gmail.com |

| Date: | 04/01/2022 | Start: | 1:02PM | Adjourn: | 1:23PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Jack Lammers | | | | | | |
| | Defendant(s): | FPD Brad Hansen (defendant present) | | | | | | |
| | U.S. Probation: | PO Nathan VanderMolen | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| | Objections to PSIR: | Defense objections to PSIR p.77-79 | | Ruling: | Overruled |
| | Motions to vary/depart: | Defense motion for downward variance (Doc. 36) | | Ruling: | Granted |
| | Count(s) dismissed: | | | | |
| | Sentence (See J & C): | 6 months' imprisonment BOP. | | | |
| | Fine: | | | Special assessment: | $100 |
| | Supervised Release: | 2 years' supervised release; special conditions imposed | | | |
| | Court's recommendations (if any): | Placement at Rochester | | | |
| | Defendant is | ☐ Detained  ☒ Released | and shall report | according to BOP designation | |
| | **Witness/Exhibit List is** | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | |
| | **Miscellaneous:** | | | | |